Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
        tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUYLEE CHING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. a national banking association, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:19-cv-02220-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

It is hereby stipulated by and between Plaintiff Huylee Ching ("Plaintiff"), through her attorney, Law Office of Kevin L. Hernandez and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **January 31, 2020**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that

///

Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

Dated:  January 8, 2020                                    SNELL & WILMER L.L.P.


By:/s/ Tanya N. Lewis
                                                                   Kelly H. Dove (NV Bar No. 10569)
                                                                   Tanya N. Lewis, Esq. (NV Bar No. 8855)
                                                                   3883 Howard Hughes Parkway, Suite 1100
                                                                   Las Vegas, Nevada  89169

                                                                   *Attorneys for Defendant Wells Fargo
                                                                   Bank, N.A.*

Dated:  January 8, 2020                                    LAW OFFICE OF KEVIN L.
                                                                   HERNANDEZ


By:/s/ Kevin L. Hernandez
                                                                   Kevin L. Hernandez
                                                                   8872 S. Eastern Ave.
                                                                   Suite 270
                                                                   Las Vegas, NV 89123

                                                                   *Attorneys for Plaintiff Huylee Ching*

## ORDER

     **IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint shall be extended to January 31, 2020.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED : January 9, 2020.

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Tanya N. Lewis_____
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
_Attorneys for Defendant_
_Wells Fargo Bank, N.A._

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

DATED: January 8, 2020.


_/s/ Susan Ballif_
An employee of SNELL & WILMER L.L.P.

\4849-9168-3760