ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
KAREN KAO, ESQ.
Nevada Bar No. 14386
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
kkao@grsm.com

*Attorneys for Receivables Performance Management, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUYLEE CHING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a foreign limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:19-CV-02220-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RECEIVABLES PERFORMANCE MANAGEMENT, LLC TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Huylee Ching ("Plaintiff"), and Defendant Receivables Performance Management, LLC ("RPM"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint on December 26, 2019 [ECF No. 1].

2. RPM was served with the summons and complaint on December 31, 2019.

3. RPM recently retained counsel and a short extension is necessary to allow RPM's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Allowing an extension will also allow the parties to conduct early resolution discussions.

5. Plaintiff has no objection to the extension.

6. Therefore, the parties agree that RPM's response to the Complaint is now due on or before **February 12, 2020**

DATED: January 21, 2020.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Karen Kao, Esq.
Nevada Bar No. 14386
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant*
*Receivables Performance Management, LLC*

DATED: January 21, 2020.

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
*Attorney for Plaintiff Huylee Ching*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 22, 2020