Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUYLEE CHING, an individual;<br><br>             Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a national banking association; RECEIVEABLES PERFORMANCE MANAGEMENT, LLC, a foreign limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>             Defendants. | Case No.: 2:19-cv-02220-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC WITH PREJUDICE** |

Plaintiff, Huylee Ching ("Plaintiff"), and Defendant, Receivables Performance Management, LLC ("RPM") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to RPM, with Plaintiff and RPM each bearing their own attorneys'

///

///

///

///

///

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450  FAX: (702) 552-0408

1  fees and costs incurred in this action.

2  Respectfully Submitted.

3

4  Dated: April 13, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*


Dated: April 13, 2020

**SNELL & WILMER L.L.P.**

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
kdove@swlaw.com
tlewis@swlaw.com
hbethancourt@swlaw.com
sballif@swlaw.com
mcamacho@swlaw.com
Docket_LAS@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: April 13, 2020

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
areams@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*


Dated: April 13, 2020

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ Robert s. Larson*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
rlarsen@grsm.com
kkao@grsm.com
*Attorneys for Defendant Receivables Performance Management, LLC*

Dated: April 13, 2020

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
etijerina@qslwm.com
*Attorneys for Trans Union LLC*


**IT IS SO ORDERED** April 13, 2020.

_____
UNITED STATES DISTRICT JUDGE